MARCUS A. MANCINI, ESQ. (State Bar No.146905)
mmancini@mamlaw.net
CHRISTOPHER BARNES, ESQ. (State Bar No.206186)
cmbarnes@mamlaw.net
TARA J. LICATA, ESQ. (State Bar No. 2666111)
tlicata@mamlaw.net
**MANCINI & ASSOCIATES**
A Professional Law Corporation
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA 91403

Phone: (818) 783-5757
Fax:   (818)783-7710

Attorneys for Plaintiff **ANTHONY COLLINS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COLLINS, | **Case No.  2:16-cv-04937 AFM** |
| Plaintiff, | [Assigned for all purposes to the Hon. Alexander F. Mackinnon, Courtroom H] |
| vs. | |
| AMERISOURCEBERGEN CORPORATION; WORLD COURIER INC.; and DOES 1 through 100, Inclusive, | **PLAINTIFF'S DEMAND FOR JURY TRIAL** |
| Defendants | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE:

Pursuant to Federal Rules of Civil Procedure Rule 38, Plaintiff ANTHONY COLLINS demands trial by jury on all issues raised by the action.

DATED: July 11, 2016

MANCINI & ASSOCIATES
A Professional Law Corporation

By: /s/ Christopher Barnes
_____
CHRISTOPHER BARNES, ESQ.
Attorneys for Plaintiff
**ANTHONY COLLINS**

1

**PLAINTIFFS DEMAND FOR JURY TRIAL**