UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-4937-MWF(SKx)**                                    Dated: **October 7, 2016**

Title:      Anthony Collins -v- AmerisourceBergen Corporation, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                                       None Present
Relief Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                        None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

   In light of the Notice of Settlement filed October 6, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 7, 2016, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

   **IT IS SO ORDERED**.

MINUTES FORM 90                                                         Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-